1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   2:07-cv-00974-LKK-KJM
                                    )
12           Plaintiff,             )   APPLICATION AND ORDER FOR
                                    )   PUBLICATION
13      v.                          )
                                    )
14 REAL PROPERTY LOCATED AT 6874    )
   ALMANOR LAKE ESTATES DRIVE,      )
15 LAKE ALMANOR, CALIFORNIA,        )
   PLUMAS COUNTY, APN:              )
16 106-114-011, INCLUDING ALL       )
   APPURTENANCES AND IMPROVEMENTS   )
17 THERETO,                         )
                                    )
18           Defendant.             )
   _____  )
19

20     The United States of America, Plaintiff herein, applies for

21 an order of publication as follows:

22     1.   Rule G(4) of the Supplemental Rules for Certain

23 Admiralty and Maritime Claims (hereafter "Supplemental Rules")

24 provides that the Plaintiff shall cause public notice of the

25 action and arrest to be given in a newspaper of general

26 circulation, designated by order of the Court;

27     2.   Local Rule 83-171, Eastern District of California,

28 provides that the Court shall designate by order the appropriate

                                   1

1 newspaper for publication;
2     3.   The defendant real property is located in the city of
3 Lake Almanor, in Plumas County, California;
4     4.   Plaintiff proposes that publication be made as follows:
5         a.   Four publications;
6         b.   In the following newspaper, a legal newspaper of
7 general circulation, located in the county in which the defendant
8 real property is located: <u>Feather River Bulletin</u>;
9         c.   The publication to include the following:
10            (1)   The Court, title and number of the action;
11            (2)   The date of posting of the real property;
12            (3)   The identity and/or description of the real
13 property posted;
14            (4)   The name, address, and telephone number of
15 the attorney for the Plaintiff;
16            (5)   A statement that claims of persons entitled
17 to possession or claiming an interest pursuant to Supplemental
18 Rule G(5) must be filed with the Clerk and served on the attorney
19 for the Plaintiff within 30 days after the date of publication;
20            (6)   A statement that answers to the Complaint or
21 a motion under Rule 12 of the Federal Rules of Civil Procedure
22 ("Fed. R. Civ. P.")  must be filed and served within 20 days
23 after the filing of the claims and, in the absence thereof,
24 default may be entered and condemnation ordered;
25            (7)   A statement that applications for
26 intervention under Fed. R. Civ. P., Rule 24 by persons claiming
27 maritime liens or other interests shall be filed within the 30
28 days allowed for claims for possession; and

1         (8)  The name, address, and telephone number of
2 the U.S. Marshal and/or Department of Treasury.

3 Dated: May 24, 2007         McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Kristin S. Door
                             KRISTIN S. DOOR
                             Assistant U.S. Attorney

                             **ORDER**

   **IT IS SO ORDERED.**

Dated:  May 29, 2007.

                             _____
                             U.S. MAGISTRATE JUDGE