IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

    v.                                           CIV. NO. S-07-974 LKK/KJM

REAL PROPERTY LOCATED AT 6874
ALMANOR LAKE ESTATES DRIVE,
LAKE ALMANOR, CALIFORNIA,
PLUMAS COUNTY, APN:
106-114-011, INCLUDING ALL
APPURTENANCES AND IMPROVEMENTS
THERETO,

         Defendant.
_____/
UNITED STATES OF AMERICA,

         Plaintiff,

    v.                                           CIV. NO. S-07-975 GEB/JFM

REAL PROPERTY LOCATED AT 1066
EATON ROAD, CHICO, CALIFORNIA,
BUTTE COUNTY, APN:  007-250-088,
INCLUDING ALL APPURTENANCES AND
IMPROVEMENTS THERETO,

         Defendant.
_____/

////

1

```
 1  UNITED STATES OF AMERICA,
 2                    Plaintiff,
 3        v.                              CIV. S-07-1039 MCE/EFB
 4  REAL PROPERTY LOCATED AT 3077
    NORD AVENUE, CHICO, CALIFORNIA,       RELATED CASE ORDER
 5  BUTTE COUNTY, APN:  042-050-047,
    INCLUDING ALL APPURTENANCES AND
 6  IMPROVEMENTS THERETO,
 7
                      Defendant.
 8  _____/
```

Examination of the above-entitled actions reveals that the three (3) actions are related within the meaning of Local Rule 83-123 for the reason that the civil forfeiture actions arise from the same law enforcement investigation, and thus involves substantially the same parties, events and transactions.

Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the three (3) actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated CIV. NO. S-07-975 GEB/JFM and CIV. NO. S-07-1039 MCE/EFB be, and the same

hereby are, reassigned to Judge Lawrence K. Karlton and Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in the reassigned cases only, are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as CIV. NO. S-07-975 LKK/KJM and CIV. NO. S-07-1039 LKK/KJM, respectively.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: June 19, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT