McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:07-CV-00974 LKK/KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT STIPULATION FOR |
| | ) | STAY AND ORDER [PROPOSED] |
| REAL PROPERTY LOCATED AT 6874 | ) | |
| ALMANOR LAKE ESTATES DRIVE, | ) | |
| LAKE ALMANOR, CALIFORNIA, | ) | |
| PLUMAS COUNTY, APN: | ) | |
| 106-114-011, INCLUDING ALL | ) | |
| APPURTENANCES AND IMPROVEMENTS | ) | |
| THERETO, | ) | |
| | ) | DATE: August 20, 2007 |
| Defendant. | ) | TIME: 11:00 a.m. |
| _____ | ) | COURTROOM: #4/Chambers |

     Plaintiff United States of America, and claimants Peter Buchanan, Kurt Karst, and Monica Karst, individually and as the Trustees of the Kurt and Monica Karst ("Karst claimants") , and Bank of America, N.A., [hereafter collectively "Claimants"], by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings pending the outcome of a related criminal investigation against claimants Buchanan and the Karsts.  This stipulation is based on the

1

following:

1.   Pursuant to 18 U.S.C. §§ 981(g)(1), (g)(2) and 21 U.S.C. § 881(i) the parties suggest that a stay of further proceedings in this case is necessary.  The United States contends that the defendant real property was used to facilitate a violation of federal drug laws (cultivation of marijuana) and is therefore forfeitable to the United States.  The United States intends to depose Buchanan and the Karst about the claims they filed in this case and the facts surrounding the cultivation of marijuana plants on this property.  If discovery proceeds, claimants would be placed in the difficult position of either invoking their Fifth Amendment right against self-incrimination and losing the ability to protect their alleged interest in the defendant property, or waiving their Fifth Amendment rights and submitting to depositions and potentially incriminating themselves in the pending criminal matter.  If claimants invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed in this action and the defenses raised in their Answers.

2.   The government anticipates that claimants will attempt to depose law enforcement officers who were involved in the execution of the state search warrant at the defendant property. Allowing depositions of these officers would adversely affect the ability of the United States to conduct its related criminal investigation.

3.   Accordingly, the parties contend that proceeding with this action at this time has potential adverse affects on the investigation and possible prosecution of the related-criminal

case and/or upon claimants' ability to prove their claim to the property and to contest the government's allegations that the property is forfeitable.  For these reasons, the parties request that this matter be stayed for a period of six months.  At that time the parties will advise the Court whether a further stay is necessary.

4.   Claimants Peter Buchanan, Kurt Karst, and Monica Karst are seeking an interlocutory sale of the defendant property and hope to reach a stipulation with the United States to permit the interlocutory sale of the property, so that the property can be put on the market within 60 days.  Upon the sale of the property the net proceeds will be substituted as the <u>res</u> in this action.

5. While this case is stayed – or until the property is sold – claimants Buchanan and the Karsts agree to keep current all payments due to the Bank of America under the promissory note dated May 21, 2003, in the original principal amount of $233,600, and secured by the deed of trust recorded in Plumas County on June 2, 2003, encumbering the defendant property, and all payments due to the Bank of America under the promissory note dated September 20, 2004, in the original principal amount of $100,000, and secured by the deed of trust recorded in Plumas County on October 20, 2004, encumbering the defendant property.

DATED: August 16, 2007            McGREGOR W. SCOTT
                                  United States Attorney

                            By:   <u>/s/ Kristin S. Door</u>
                                  KRISTIN S. DOOR
                                  Assistant U.S. Attorney

```
1  DATED: August 16, 2007              /s/ Brenda Grantland
                                        BRENDA GRANTLAND
2                                       Attorneys for claimants
                                        Kurt and Monica Karst,
3                                       individually and as the
                                        Trustees of the Kurt and
4                                       Monica Karst
                                        Family Revocable Trust
5
6  DATED: August 16, 2007              BLACKMON & ASSOCIATES
7
8                                  By  /s/ Melinda J. Nye
                                        MELINDA J. NYE
9                                       Attorney for claimant
                                        Peter Buchanan
10
11 DATED: August 16, 2007              PITE DUNCAN LLP
12
13                                 By  /s/ Douglas Borthwick
                                        DOUGLAS BORTHWICK
14                                      Attorney for claimant
                                        BANK OF AMERICA, N.A.
15
```

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until February 15, 2008.  The parties will advise the court at least 10 days prior to February 15, 2008, whether a further stay is necessary.

The scheduling conference scheduled for August 20, 2007 is hereby vacated.

IT IS SO ORDERED.

DATED: August 17, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4