```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,
11                    Plaintiff,
12        v.                                  CIV. NO. S-07-974 LKK/KJM
13
     REAL PROPERTY LOCATED AT 6874
14   ALMANOR LAKE ESTATES DRIVE,
     LAKE ALMANOR, CALIFORNIA,
15   PLUMAS COUNTY, APN:
     106-114-011, INCLUDING ALL
16   APPURTENANCES AND IMPROVEMENTS
     THERETO,
17
                      Defendant.
18   _____/
     UNITED STATES OF AMERICA,
19
                      Plaintiff,
20
          v.                                  CIV. NO. S-07-975 LKK/KJM
21
     REAL PROPERTY LOCATED AT 1066
22   EATON ROAD, CHICO, CALIFORNIA,
     BUTTE COUNTY, APN:  007-250-088,
23   INCLUDING ALL APPURTENANCES AND
     IMPROVEMENTS THERETO,
24
                      Defendant.
25   _____/
26   ////
```

1

```
 1  UNITED STATES OF AMERICA,

 2                  Plaintiff,

 3       v.                              CIV. S-07-1039 LKK/KJM

 4  REAL PROPERTY LOCATED AT 3077
    NORD AVENUE, CHICO, CALIFORNIA,      RELATED CASE ORDER
 5  BUTTE COUNTY, APN:  042-050-047,
    INCLUDING ALL APPURTENANCES AND
 6  IMPROVEMENTS THERETO,

 7
                    Defendant.
 8  _____/
    UNITED STATES OF AMERICA,
 9
                    Plaintiff,
10                                       CIV. S-07-2050 LKK/DAD
         v.
11
    2001 FORD EXCURSION,
12  VIN:  1FMSU41F11EB17545,
    CALIFORNIA LICENSE NUMBER:
13  4TIU844,

14  2002 HAULMARK TRAILER,
    VIN:  16HPB16202A006280,
15  CALIFORNIA LICENSE NUMBER:
    4FF3593, and
16
    APPROXIMATELY $6,000.00 IN
17  U.S. CURRENCY,

18                  Defendants.
    _____/
19  UNITED STATES OF AMERICA,

20                  Plaintiff,

21                                       CIV. S-07-2124 GEB/JFM
         v.
22
    2004 HONDA ATV TRX350, VIN:
23  478TE240244307570, and

24  2004 HONDA ATV TRX400FA RANCHER,
    VIN:  478TE29034413393,
25
                    Defendants.
26  _____/
```

2

1    Examination of the above-entitled actions reveals that
2 the five (5) actions are related within the meaning of Local Rule
3 83-123 for the reason that the civil forfeiture actions arise from
4 the same law enforcement investigation, and thus involves
5 substantially the same parties, events and transactions.
6    Accordingly, the assignment of the matters to the same judge
7 and magistrate judge is likely to effect a substantial savings of
8 judicial effort and is also likely to be convenient for the
9 parties.
10   The parties should be aware that relating the cases under
11 Local Rule 83-123 merely has the result that the five (5) actions
12 are assigned to the same judge and magistrate judge; no
13 consolidation of the actions is effected.  Under the regular
14 practice of this court, related cases are generally assigned to the
15 judge and magistrate judge to whom the first filed action was
16 assigned.
17   IT IS THEREFORE ORDERED that the actions denominated CIV. NO.
18 S-07-2050 LKK/DAD and CIV. NO. S-07-2124 GEB/JFM be, and the same
19 hereby are, reassigned to Judge Lawrence K. Karlton and Magistrate
20 Judge Kimberly J. Mueller for all further proceedings, and any
21 dates currently set in the reassigned cases <u>only</u>, are hereby
22 VACATED.  Henceforth, the caption on documents filed in the
23 reassigned cases shall be shown as CIV. NO. S-07-2050 LKK/KJM and
24 CIV. NO. S-07-2124 LKK/KJM, respectively.
25 ////
26 ////

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    DATED: November 8, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4