```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )
                                    )   2:07-CV-00974 LKK/KJM
12          Plaintiff,              )
                                    )   STIPULATION TO EXTEND STAY
13      v.                          )   AND ORDER
                                    )
14  REAL PROPERTY LOCATED AT 6874   )
    ALMANOR LAKE ESTATES DRIVE,     )
15  LAKE ALMANOR, CALIFORNIA,       )
    PLUMAS COUNTY, APN:             )
16  106-114-011, INCLUDING ALL      )
    APPURTENANCES AND IMPROVEMENTS  )
17  THERETO,                        )
                                    )
18          Defendant.              )
    _____)
19                                  )
    UNITED STATES OF AMERICA,       )
20                                  )   2:07-CV-00975 LKK/KJM
            Plaintiff,              )
21                                  )
        v.                          )
22                                  )
    REAL PROPERTY LOCATED AT 1066   )
23  EATON ROAD, CHICO, CALIFORNIA,  )
    BUTTE COUNTY, APN: 007-250-088, )
24  INCLUDING ALL APPURTENANCES AND )
    IMPROVEMENTS THERETO,           )
25                                  )
            Defendant.              )
26  _____)

27  //

28  //

                            1
```

```
                                   )
 1  UNITED STATES OF AMERICA,       )
 2                                  )   2:07-CV-001039 LKK/KJM
                Plaintiff,          )
 3                                  )
         v.                         )
 4                                  )
    REAL PROPERTY LOCATED AT 3077   )
 5  NORD AVENUE, CHICO, CALIFORNIA, )
    BUTTE COUNTY, APN: 042-050-047, )
 6  INCLUDING ALL APPURTENANCES AND )
    IMPROVEMENTS THERETO,           )
 7                                  )
                Defendant.          )
 8  _____)
```

9    Plaintiff United States of America, and the claimants in the
10 three cases described above (Peter Buchanan, Kurt and Monica
11 Karst, individually and as the trustees of the Karst Family
12 Revocable Trust, and Bank of America in the <u>Almanor Lakes Estates</u>
13 action; James and Tamara Robertson, Peter Buchanan, and Kurt and
14 Monica Karst in the <u>Eaton Road</u> action; and Peter Buchanan and
15 Paris and Arlus Moore in the <u>Nord Avenue</u> action) submit the
16 following Stipulation to Extend Stay and Order (Proposed).  The
17 Stipulation to Extend Stay is based upon the following:
18    1.  The actions described in the captions above are all
19 related and are related to two other forfeiture actions involving
20 personal property: <u>U.S. v. 2001 Ford Excursion et al</u>., 2:07-2050
21 LKK/KJM, and <u>U.S. v. 2004 Honda ATV, et al</u>., 2:07-2124 LKK/KJM.
22 A Related Case Order was entered on November 8, 2007.
23    2.  A stay was entered in <u>U.S. v. 2001 Ford Excursion et</u>
24 <u>al</u>., 2:07-2050 LKK/KJM, and <u>U.S. v. 2004 Honda ATV, et al</u>., 2:07-
25 2124 LKK/KJM until August 1, 2008, pursuant to the stipulation of
26 the parties in those two actions due to an on-going criminal
27 investigation involving claimants (other than lienholders Bank of
28 America and Paris and Arlus Moore).

3. The parties in the three real property forfeiture actions request that these actions also be stayed until August 1, 2008, since they are all related and arise out of the same criminal investigation.

4. 18 U.S.C. § 981(g)(1) expressly provides that upon motion of the United States the court "shall stay the civil forfeiture action if the court determines that civil discovery will adversely affect the ability of the government to conduct a related criminal investigation." Similarly, 18 U.S.C. § 981(g)(2) expressly provides that upon motion of a claimant, the court shall stay the civil forfeiture action if the court determines that a claimant is the subject of a related criminal investigation; the claimant has standing to assert a claim in the civil forfeiture action; and continuation of the forfeiture proceeding will burden the claimant's right against self-incrimination.

5. The United States contends that the defendant real properties were used to facilitate the cultivation of marijuana and are therefore forfeitable to the United States. The United States intends to depose the claimants about the claims they filed in this case and their involvement in the cultivation and distribution of marijuana. If discovery proceeds, claimants would be placed in the difficult position of either invoking their Fifth Amendment right against self-incrimination and losing the ability to protect their alleged interest in the defendant property, or waiving their Fifth Amendment rights and submitting to depositions and potentially incriminating themselves in the on-going criminal investigation. If claimants invoke their Fifth

3

1 Amendment rights, the United States will be deprived of the
2 ability to explore the factual basis for the claims they filed in
3 this action and the defenses raised in their Answers.
4     6.   In addition, claimants intend to depose law enforcement
5 officers who were involved in the investigation that ultimately
6 led to searches at the defendant properties.  Allowing
7 depositions of these officers would adversely affect the ability
8 of the United States to conduct its related criminal
9 investigation.
10     7.   Accordingly, the parties contend that proceeding with
11 this action at this time has potential adverse affects on the
12 investigation and possible prosecution of the related criminal
13 case and/or upon claimants' ability to prove their claim to the
14 property and to contest the government's allegations that the
15 property is forfeitable.  For these reasons, the parties request
16 that this matter be stayed until August 1, 2008, so that all the
17 related cases are stayed during the same period.
18     8.   In addition, the parties in the <u>Almanor Lakes Estates</u>
19 action are actively involved in preparing a stipulation and
20 proposed order permitting the interlocutory sale of the property.
21 The stipulation and proposed order will be submitted to the court
22 as soon as the parties agree on the terms of the sale.  The
23 parties do not intend that the stay the parties are seeking in
24 //
25 //

this Stipulation to Extend Stay will interfere in any way with the interlocutory sale.

DATED: March 5, 2008                McGREGOR W. SCOTT
                                    United States Attorney


                              By:   /s/ Kristin S. Door
                                    KRISTIN S. DOOR
                                    Assistant U.S. Attorney


DATED: March 5, 2008                BLACKMON & ASSOCIATES


                              By    /s/ Clyde Blackmon
                                    CLYDE BLACKMON
                                    Attorney for claimant
                                    Peter Buchanan (as a
                                    lienholder in Eaton Road and
                                    owner in Almanor Lake
                                    Estates and Nord Avenue)


DATED:    March 5, 2008             /s/ William G. Panzer
                                    WILLIAM G. PANZER
                                    Attorney for claimants
                                    James M. Robertson and
                                    Tamara Robertson (Eaton Road)


DATED:    March 5, 2008             /s/ Brenda Grantland
                                    BRENDA GRANTLAND
                                    Attorney for claimants
                                    Kurt and Monica Karst
                                    Individually and as the
                                    Trustees of the Karst Family
                                    Revocable Trust (as
                                    lienholders in Eaton Road and
                                    owners in Almanor Lakes
                                    Estates)

//

//

| | | |
|---|---|---|
| DATED: March 5, 2008 | | JACOBS, ANDERSON, POTTER & CHAPLIN, LLP |

By  /s/ Douglas B. Jacobs
    DOUGLAS B. JACOBS
    Attorney for claimants
    Arlus and Paris Moore
    (Lienholder in <u>Nord Avenue</u>)

DATED: March 5, 2008                    PITE DUNCAN LLP

By  /S/ Steven J. Melmet
    STEVEN J. MELMET
    Attorney for claimant Bank of
    America (lienholder in
    <u>Almanor Lakes</u>)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until August 1, 2008, 2008. The parties will advise the court at least 10 days prior to August 1, 2008, whether a further stay is necessary.

IT IS SO ORDERED.

Dated: March 7, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT