1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )    2:07-CV-00974 LKK/KJM
12          Plaintiff,              )
                                    )    STIPULATION TO EXTEND STAY
13      v.                          )    AND ORDER
                                    )
14 REAL PROPERTY LOCATED AT 6874    )
   ALMANOR LAKE ESTATES DRIVE,      )
15 LAKE ALMANOR, CALIFORNIA,        )
   PLUMAS COUNTY, APN:              )
16 106-114-011, INCLUDING ALL       )
   APPURTENANCES AND IMPROVEMENTS   )
17 THERETO,                         )
                                    )
18          Defendant.              )
   _____)
19                                  )
   UNITED STATES OF AMERICA,        )
20                                  )    2:07-CV-00975 LKK/KJM
            Plaintiff,              )
21                                  )
        v.                          )
22                                  )
   REAL PROPERTY LOCATED AT 1066    )
23 EATON ROAD, CHICO, CALIFORNIA,   )
   BUTTE COUNTY, APN: 007-250-088,  )
24 INCLUDING ALL APPURTENANCES AND  )
   IMPROVEMENTS THERETO,            )
25                                  )
            Defendant.              )
26 _____)

27 //

28 //

                               1

```
1   UNITED STATES OF AMERICA,          )
                                       )    2:07-CV-001039 LKK/KJM
2              Plaintiff,              )
                                       )
3         v.                          )
                                       )
4   REAL PROPERTY LOCATED AT 3077      )
    NORD AVENUE, CHICO, CALIFORNIA,    )
5   BUTTE COUNTY, APN: 042-050-047,    )
    INCLUDING ALL APPURTENANCES AND    )
6   IMPROVEMENTS THERETO,              )
                                       )
7              Defendant.              )
                                       )
    _____)
8                                      )
    UNITED STATES OF AMERICA,          )    2:07-2050 LKK/KJM
9                                      )
               Plaintiff,              )
10                                     )
          v.                           )
11                                     )
    2001 FORD EXCURSION,               )
12  VIN: 1FMSU41F11EB17545,            )
    CALIFORNIA LICENSE NUMBER:         )
13  4TIU844,                           )
                                       )
14  2002 HAULMARK TRAILER,             )
    VIN: 16HPB16202A006280,            )
15  CALIFORNIA LICENSE NUMBER:         )
    4FF3593, and                       )
16                                     )
    APPROXIMATELY $6,000.00 IN U.S.    )
17  CURRENCY,                          )
                                       )
18             Defendants.             )
                                       )
    _____)
19                                     )
    UNITED STATES OF AMERICA,          )    2:07-CV-02124-LKK-KJM
20                                     )
               Plaintiff,              )
21                                     )
          v.                           )
22                                     )
    2004 HONDA ATV TRX350, VIN:        )
23  478TE240244307570, and            )
                                       )
24  2004 HONDA ATV TRX400FA RANCHER,)
    VIN: 478TE29034413393,             )
25                                     )
               Defendants.             )
26  _____)

27

28
```

2

1    Plaintiff United States of America, and the claimants in the

2  five cases described above (Peter Buchanan, Kurt and Monica

3  Karst, individually and as the trustees of the Karst Family

4  Revocable Trust, and Bank of America in the <u>Almanor Lakes Estates</u>

5  action cases; James and Tamara Robertson, Peter Buchanan, and

6  Kurt and Monica Karst in the <u>Eaton Road</u> action; and Peter

7  Buchanan and Paris and Arlus Moore in the <u>Nord Avenue</u> action)

8  submit the following Stipulation to Extend Stay and Order

9  (Proposed).  The Stipulation to Extend Stay is based upon the

10  following:

11    1.    The actions described in the captions above are all

12  related.  A Related Case Order was entered on November 8, 2007.

13    2.    A stay was entered in <u>U.S. v. 2001 Ford Excursion et</u>

14  <u>al</u>., 2:07-cv-2050 LKK/KJM, and <u>U.S. v. 2004 Honda ATV, et al</u>.,

15  2:07-cv-2124 LKK/KJM until August 1, 2008, pursuant to the

16  stipulation of the parties in those two actions due to an on-

17  going criminal investigation involving claimants (other than

18  lienholders Bank of America and Paris and Arlus Moore).

19    3.    A stay was also entered in <u>U.S. Real Property, 6874</u>

20  <u>Almanor Lakes Estates Drive</u>, 2:07-cv-984 LKK/KJM; <u>U.S. v. Real</u>

21  <u>Property, 1066 Eaton Road</u>, 2:07-cv-975 LKK/KJM; and <u>U.S. v. Real</u>

22  <u>Property, 3077 Nord Avenue</u>, 2:07-cv-1039 LKK/KJM until August 1,

23  2008, for the reasons described above.

24    4.    The parties in the all five action request that the

25  existing stay be extended until February 1, 2009, since they are

26  all related and arise out of the same criminal investigation

27  which is still on-going.

28    5.    18 U.S.C. §  981(g)(1) expressly provides that upon

1  motion of the United States the court "shall stay the civil

2  forfeiture action if the court determines that civil discovery

3  will adversely affect the ability of the government to conduct a

4  related criminal investigation."   Similarly, 18 U.S.C. §

5  981(g)(2) expressly provides that upon motion of a claimant, the

6  court shall stay the civil forfeiture action if the court

7  determines that a claimant is the subject of a related criminal

8  investigation; the claimant has standing to assert a claim in the

9  civil forfeiture action; and continuation of the forfeiture

10  proceeding will burden the claimant's right against self-

11  incrimination.

12     6.    The United States contends that the defendant real

13  properties were used to facilitate the cultivation of marijuana

14  and are therefore forfeitable to the United States.   In addition,

15  the United States contends the various vehicles were bought with

16  drug proceeds and/or were used to facilitate the cultivation and

17  distribution of marijuana.   The United States intends to depose

18  the claimants about the claims they filed in this case and their

19  involvement in the cultivation and distribution of marijuana.   If

20  discovery proceeds, claimants would be placed in the difficult

21  position of either invoking their Fifth Amendment right against

22  self-incrimination and losing the ability to protect their

23  alleged interest in the defendant property, or waiving their

24  Fifth Amendment rights and submitting to depositions and

25  potentially incriminating themselves in the on-going criminal

26  investigation.   If claimants invoke their Fifth Amendment rights,

27  the United States will be deprived of the ability to explore the

28  factual basis for the claims they filed in this action and the

4

1  defenses raised in their Answers.

2      7.    In addition, claimants intend to depose law enforcement

3  officers who were involved in the investigation that ultimately

4  led to searches at the defendant properties.   Allowing

5  depositions of these officers would adversely affect the ability

6  of the United States to conduct its related criminal

7  investigation.

8      8.    Accordingly, the parties contend that proceeding with

9  this action at this time has potential adverse affects on the

10  investigation and possible prosecution of the related criminal

11  case and/or upon claimants' ability to prove their claim to the

12  property and to contest the government's allegations that the

13  property is forfeitable.   For these reasons, the parties request

14  that this matter be stayed until February 1, 2009, so that all

15  the related cases are stayed during the same period.

16      9.    In addition, the parties in the <u>Almanor Lakes Estates</u>

17  action have been involved in preparing a stipulation and proposed

18  order permitting the interlocutory sale of the property.   The

19  stipulation and proposed order will be submitted to the court as

20  soon as the parties agree on the terms of the sale.   The parties

21  do not intend that the stay the parties are seeking in

22  this Stipulation to Extend Stay will interfere in any way with

23  the interlocutory sale.

24  DATED: July 24, 2008                McGREGOR W. SCOTT
                                       United States Attorney

25

26
                                   By:  /s/ Kristin S. Door
27                                      KRISTIN S. DOOR
                                        Assistant U.S. Attorney
28

5

1    DATED: July 25, 2008              BLACKMON & ASSOCIATES

2

3                                      By    /s/ Clyde Blackmon

4                                           CLYDE BLACKMON
                                          Attorney for claimant
                                          Peter Buchanan (as a

5                                           lienholder in Eaton Road and
                                          owner in Almanor Lake

6                                           Estates and Nord Avenue)

7

8    DATED: July 28, 2008              /s/ William G. Panzer
                                          WILLIAM G. PANZER

9                                           Attorney for claimants
                                          James M. Robertson and

10                                           Tamara Robertson (Eaton Road)

11

12    DATED: July 25, 2008              /s/ Brenda Grantland

13                                           BRENDA GRANTLAND
                                          Attorney for claimants

14                                           Kurt and Monica Karst
                                          Individually and as the

15                                           Trustees of the Karst Family
                                          Revocable Trust (as

16                                           lienholders in Eaton Road and
                                          owners in Almanor Lakes

17                                           Estates and owners of the
                                          vehicles)

18

19    DATED: July 28, 2008              JACOBS, ANDERSON, POTTER &
                                          CHAPLIN, LLP

20

21                                      By    /s/ Douglas B. Jacobs

22                                           DOUGLAS B. JACOBS
                                          Attorney for claimants

23                                           Arlus and Paris Moore
                                          (Lienholder in Nord Avenue)

24

25    //

26    //

27

28

1    DATED:                                    PITE DUNCAN LLP

2

3                                        By   /s/ Bruce J. Quilligan for
                                              STEVEN J. MELMET
4                                             Attorney for claimant Bank of
                                              America (lienholder in
5                                             Almanor Lakes)

6

7
                                         **ORDER**
8
          For the reasons set forth above, this matter is stayed
9
     pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until February
10
     1, 2009.  The parties will advise the court at least 10 days
11
     prior to February 1, 2009, whether a further stay is necessary.
12

13
     IT IS SO ORDERED.
14
     Dated: August 6, 2008
15

16   _____
     LAWRENCE K. KARLTON
17   SENIOR JUDGE
     UNITED STATES DISTRICT COURT
18

19

20

21

22

23

24

25

26

27

28

                                         7